IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **MICHAEL C. SMART,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | **CAUSE NO. EP-22-CV-197-KC** |
| § | |
| **STATE OF TEXAS et al,** § | |
| § | |
| **Defendants.** § | |

## FINAL JUDGMENT

In accordance with the Order the Court signed on June 7, 2022, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Plaintiff is **DENIED** leave to file his civil case.

The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 7th day of June, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE